Case No. 1:95cr199
USA v. James Joseph Kassouf

# Executive Grant of Clemency

**FILED**

**12:11 pm May 18 2023**
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

# DONALD J. TRUMP

## *President of the United States of America*

### To All to Whom These Presents Shall Come, Greeting:

**Be It Known, That This Day, I, Donald J. Trump, President of the United States, Pursuant to My Powers under Article II, Section 2, Clause 1, of the Constitution, Have Granted Unto**

### James Joseph Kassouf

### A Full and Unconditional Pardon

**For his conviction** in the United States District Court for the Northern District of Ohio on an indictment (Docket No. 1:95cr199) charging violation of Section 7206, Title 26, United States Code, for which he was sentenced on December 6, 1999, to one year's probation conditioned upon four months' home confinement, a $10,000 fine, restitution in accordance with the plea agreement, and a $50 special assessment.

**I HEREBY DESIGNATE,** direct, and empower the Acting Pardon Attorney, as my representative, to sign a grant of clemency to the person named herein. The Acting Pardon Attorney shall declare that her action is the act of the President, being performed at my direction.

**IN TESTIMONY WHEREOF,** I have hereunto caused this Pardon to be recorded with the Department of Justice.



*Done at the City of Washington in the District of Columbia this twenty-third day of December in the year of our Lord Two Thousand and Twenty and of the Independence of the United States the Two Hundred and Forty-fifth.*



**Donald J. Trump**
**President**